**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Mitchell L. MURDOCK,**
**Defendant/Appellant.**

**ED 102085**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: September 15, 2015

Robert J. Bartholomew, Jr., P.O. Box 899, Jefferson City, MO 65102, for Plaintiff/Respondent.

Casey A. Taylor, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Patricia L. Cohen, J., and Kurt S. Odenwald, J.

*ORDER*

PER CURIAM.

Mitchell L. Murdock (Appellant) appeals from the judgment entered by the trial court upon a jury verdict finding him guilty of stealing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not err in denying Appellant's motions for acquittal. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment

pursuant to Missouri Rule of Criminal Procedure 30.25(b).